Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Joshua A. Goodman, Bar No. 293816
jgoodman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:    310.337.0837

Michael N. Feuer, City Attorney, Bar No. 111529
Wayne H. Song, Managing Assistant City Attorney, Bar No. 185473
LOS ANGELES CITY ATTORNEY'S OFFICE
200 North Main Street, Room 700, City Hall East
Los Angeles, CA  90012-4131
Telephone: (213) 978-8286
Facsimile: (213) 978-8216

Attorneys for Defendant City of Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Clifford R. Anderson, et al., | Case No.: CV16-0187  JFW (FFMx) |
|---|---|
| Plaintiffs, | Complaint Filed: January 9, 2016 |
| v. | **DECLARATION OF LEAD TRIAL COUNSEL RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| City of Los Angeles, | |
| Defendant. | |

7354093.2  LO160-079

DECLARATION OF LEAD TRIAL COUNSEL RE COMPLIANCE WITH LOCAL RULES GOVERNING
ELECTRONIC FILING

## **DECLARATION OF BRIAN P. WALTER**

As lead counsel for Defendant City of Los Angeles, I, Brian P. Walter, have consented to service and receipt of filed documents by electronic means. My e-mail address of record is bwalter@lcwlegal.com.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 21st day of March, 2016, at Los Angeles, California.

>       */s/ Brian P. Walter*
>            BRIAN P. WALTER

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

7354093.2 LO160-079

2

DECLARATION OF LEAD TRIAL COUNSEL RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING