JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD R. ANDERSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | CASE NO. 2:16-cv-00187 JFW (FFMx) <br><br> Complaint Filed: January 9, 2016 <br><br> ORDER RE: JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT |

## ORDER

The Court has carefully reviewed the parties Joint Motion for Approval of the Settlement Agreement, the Settlement Agreement, and relevant Exhibits. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable, and just in all respects as to the plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court expressly reserves jurisdiction with respect to this Action for the purposes of enforcing the Settlement Agreement;

3. Plaintiffs reserve the right to pursue claims for FLSA violations occurring after the issuance of this Order in a new and separate action; and

4. Except for the claims specified above, all other claims of plaintiffs in this case are dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 15, 2017

_____
HONORABLE JOHN F. WALTER
United States District Judge